# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Fernanda Aragon

                    Plaintiff,

v.                                        Case No.: 1:23−cv−02772

                                                                 Honorable Jeremy C. Daniel

Loyola University Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The defendant's motion to dismiss the plaintiff's complaint [19] is denied as moot in light of the consolidated amended complaint filed in 22−cv−06476, *Kane et al. v. Loyola University of Chicago.* Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.